**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10143 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00157-SMM |
| v. | |
| JESUS MANUEL PALAFOX-CARDENAS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Stephen M. McNamee, District Judge, Presiding

Submitted April 16, 2013[**]

Before:     CANBY, IKUTA, and WATFORD, Circuit Judges.

Jesus Manuel Palafox-Cardenas appeals from the district court's judgment

and challenges his guilty-plea conviction and 72-month sentence for conspiracy to

possess with intent to distribute and possession with intent to distribute

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846.

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Palafox-Cardenas's counsel

has filed a brief stating that there are no grounds for relief, along with a motion to

withdraw as counsel of record.  We have provided Palafox-Cardenas the

opportunity to file a pro se supplemental brief.  No pro se supplemental brief or

answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S.

75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**